144 So. 460

## Jake VAUGHN v. STATE.

### 4 Div. 670.

Supreme Court of Alabama.
Nov. 10, 1932.

L. A. Farmer, of Dothan, for petitioner.

Thos. E. Knight, Atty. Gen., for the State.

BOULDIN, J.

Petition of Jake Vaughn for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Vaughn v. State, 144 So. 458.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.